

# THE THIRTEENTH COURT OF APPEALS

### 13-17-00437-CV

RICARDO VAIZ AND MARIA F. VAIZ
v.
FEDERAL NATIONAL MORTGAGE ASSOCIATION, AURORA BANK, LEHMAN
BROTHERS BANK FSB, AND NATIONSTAR MORTGAGE LLC

On Appeal from the
138th District Court of Cameron County, Texas
Trial Cause No. 2013-DCL-2466-B

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

March 7, 2019